Prob 12
(Rev 3 88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Lamar Montre Bell                                              Docket No. 00-00041-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Lamar Montre Bell, who was placed on supervision by the Honorable Alan N. Bloch sitting in the Court at Pittsburgh, Pennsylvania, on the 28th day of September 2000, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay a special assessment of $100.
- Shall not possess a firearm or destructive device.
- Shall refrain from any unlawful use of a controlled substance.
- Shall participate in drug testing and/or treatment as directed by the probation officer.

09-28-00:   Conspiracy to Distribute and Possess With Intent to Distribute in Excess of 500 Grams, but Less Than 2 Kilograms of Cocaine; 78 months' imprisonment, 5 years' supervised release.
10-28-05:   Released to supervision; Currently supervised by U.S. Probation Officer John P. Kuklar.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner avers that the defendant has violated the terms of supervised release as follows:

**While on supervision, you shall not commit another Federal, state, or local crime.**

**While on supervision, you shall not possess a firearm or destructive device.**

On December 16, 2006, the releasee was arrested by the Braddock, Pennsylvania, Police Department on charges of Carrying a Firearm Without a License and Recklessly Endangering Another Person. He has been released on a $20,000 straight bond.



U.S.A. v. Lamar Montre Bell
Docket No. 00-00041-001
Page 2

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom 8C, Suite 8370, Eighth Floor, U.S. Post Office and Courthouse, Pittsburgh, Pennsylvania, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this _____ day of _____, 20___ and ordered filed and made a part of the records in the above case.

_____
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____
John P. Kuklar
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:     Pittsburgh, Pennsylvania