**United States District Court**
*Western District of Pennsylvania*
*8370 U.S. Post Office and Courthouse*
*Pittsburgh, Pennsylvania 15219*

*Chambers of*
**Judge Alan N. Bloch**

*Telephone: 412-208-7360*
*FAX: 412-208-7367*

December 29, 2006

Troy Rivetti, AUSA

Gary B. Zimmerman, Esquire

Lamar Montre Bell c/o Probation Office

U.S. Marshal

Probation Office

        Re:    United States of America v. Lamar Montre Bell
                  Criminal No. 00-41

Dear Counsel:

        Please be advised that the Supervised Release Hearing previously scheduled in the above captioned matter for Tuesday, January 2, 2007 at 1:30 p.m. is hereby **RE-SCHEDULED** for Wednesday, January 3, 2007 at 2:30 p.m. in Courtroom 8C, Eighth Floor, U.S.P.O. and Courthouse. Presence of the defendant at this proceeding is required. Mark your calendars accordingly.

        If you have any questions regarding this matter, please contact me as soon as possible.

Very truly yours,

*[signature]*

John Galovich, Deputy Clerk
to Judge Alan N. Bloch