# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America,  )
                           )
           Plaintiff       )
                           )
    vs.                    ) No. CR 00-41
                           )
Lamar Montre Bell,         )
                           )
           Defendant.      )

**HEARING ON** Supervised Release Violations

Before Judge Alan N. Bloch

Troy Rivetti                          Gary Zimmerman
Appears for Government                Appears for Defendant

Hearing begun  1/3/07 at 2:25 p.m.    Hearing adjourned to _____

Hearing concluded  1/3/07 at 2:45 p.m.   Stenographer K. Earley
                                         Clerk: D. O'Neill

**WITNESSES:**

For Govenrment                        For Defendant
John Kuklar (Probation)

Court recognized AUSA, Defendant, defense counsel, and probation officer; Court reviewed allegations against Defendant; Defendant denied allegations; Court received evidence and heard testimony; Court found that Defendant violated his supervised release as alleged; Court advised Defendant of guideline and statutory penalty ranges; parties heard regarding sentence; Court revoked Defendant's supervised release; Defendant sentenced to 21 months imprisonment to be followed by a term of supervised release of 39 months and ordered that Defendant shall abide by the terms of supervised release imposed at Defendant's initial sentencing; Court explained rationale for sentence; Defendant taken into custody.