COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: Allegheny



BRADDOCK BOROUGH POLICE
DEPARTMENT
CRIMINAL COMPLAINT

Magisterial District Number: 05-2-09
Magisterial District Judge: Hon. ROSS C CIOPPA
Address: 300 RANKIN BLVD
RANKIN, PA 15104
Phone: 412.271.7734

COMMONWEALTH OF PENNSYLVANIA
VS.
DEFENDANT:
NAME and ADDRESS

LAMAR BELL

12-20
9AM

Docket No.:
Date Filed: 12-16-06
OTN: K-534984-2

| Defendant's Race/Ethnicity | Defendant's Sex | Defendant's D.O.B. | Defendant's Social Security Number | Defendant's SID |
|---|---|---|---|---|
| BLACK | MALE | | | |

| Defendant's AKA | Defendant's Vehicle Information | | | Defendant's Driver's License Number | |
|---|---|---|---|---|---|
| | Plate Number | State | Registration Sticker (MM/YY) | State | |
| | GMC0746 | PA | 06/07 | PA | |

| Complaint/Incident Number | Complaint/Incident Number if other Participants | LiveScan Number | UCR/NIBRS Code |
|---|---|---|---|
| 20061200545 | | | |

District Attorney's Office [ ] Approve  [ ] Disapproved
(The district attorney may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. Pa.R.Crim.P. 507.)

_____   _____   _____
(Name of Attorney for Commonwealth)   (Signature of Attorney for Commonwealth)   (Date)

I, T. Christian
(Name of Affiant)

#47
(Officer Badge Number/I.D.)

of BRADDOCK BOROUGH
(Identify Department or Agency Represented and Political)

PA0023000
(Police Agency or ORI Number)

20061200545
(Originating Agency Case Number)

do hereby state: (check appropriate box)

1. [X] I accuse the Above named defendant who lives at the address set forth above.

   [ ] I accuse the defendant whose name is unkown to me but who is described as

   [ ] I accuse the defendant whose name a popular designation or nickname is unknown to me and whom I have therefore designated as John Doe

with violating the penal laws of the Commonwealth of Pennsylvania at **BRADDOCK AVE AND NINTH** in Allegheny County on or about 12/16/2006 02:00

Participants were: (if there were participants, place their names here, repeating the name of the above defendant)
LAMAR BELL

2. The acts committed by the accused were:
(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated.)

1 - 4

Gov 1

4123954864         PAGE. 02



| Defendant's Name: | Race | Sex | D.O.B. | SSN: |
|---|---|---|---|---|
| LAMAR BELL | BLACK | MALE | | |
| Defendant's Address: | | | | |

18 2705  RECKLESSLY ENDANGERING ANOTHER PERSON   1 COUNT

The actor recklessly engaged in conduct which placed or may have placed PUBLIC in danger of death or serious bodily injury, violation of 18 Pa C.S. §2705.

18 6106  CARRYING FIREARM WITHOUT A LICENSE   1 COUNT

The actor carried, without a license therefore as provided by Chapter 61, Subchapter A of the Pennsylvania Crimes Code, 18 C.S. §6101 et. seq., a firearm concealed on or about his person, or in a vehicle, in violation of 18 Pa. C.S. §6106.

all of which were against the peace and dignity of the Commonwealth of Pennsylvania or in violation of an ordinance of a political subdivision.

| 2705 | | 1 |
|---|---|---|
| (Section) | (Sub Section) | (Counts) |
| 6106 | | 1 |
| (Section) | (Sub Section) | (Counts) |

3. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made. (In order for a warrant of arrest to issue, the attached affidavit of probable cause must be completed and sworn to before the issuing authority)

4. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 PA.C.S.§4904) relating to unsworn falsification to authorities.

_12-10-06_
(Date)                                     (Signature of Affiant)

AND NOW, on this date, _12-16, 2006_ I certify that the complaint has been properly completed and verified. An affidavit of probable cause must be completed in order for a warrant to issue.

_____        _____ SEAL
(Magisterial District)                              (Issuing Authority)



| Defendant's Name: | Race | Sex | D.O.B. | SSN: |
|---|---|---|---|---|
| LAMAR BELL | BLACK | MALE | | |

| Defendant's Address: |
|---|
| |

## PROBABLE CAUSE AFFIDAVIT

| 12/16/2006 | 12/16/2006 | |
|---|---|---|
| DATE OF APPLICATION | DATE OF VIOLATION (CRIME) | WARRANT CONTROL NUMBER |

Being duly sworn (or affirmed) before me according to law, deposes and says that there is a probable cause to believe the crime(s) hereinafter mentioned was committed by the particular person herein described. Your affiant believes that probable cause exists to arrest based upon the following facts and circumstances.

1. **WHEN:**

    a) Date when Affiant received information:

    12/16/2006

    b) Date when the source of information (Police Officers, Informant, Victim, Co-Defendant, Defendant, etc.) received information:

    12/16/2006

2. **HOW:**

    a) How Affiant knows this particular person commited crime: (personal observation, defendant's admissions, etc.):

    EYEWITNESS IDENTIFICATION

    b) How the source of information knows this particular person committed the crime:

    SAW THE ACTOR DO THE CRIME

    c) How both Affiant and/or source of information knows that a particular crime has been commited:

    WITNESSED IT HAPPEN

3. **WHAT CRIMES:**

    18 2705  RECKLESSLY ENDANGERING ANOTHER PERSON
    18 6106  CARRYING FIREARM WITHOUT A LICENSE

4. **WHERE CRIME(S) COMMITTED:**

    BRADDOCK AVE AND NINTH

| Defendant's Name: | Race | Sex | D.O.B. | SSN: |
|---|---|---|---|---|
| LAMAR BELL | BLACK | MALE | | |
| Defendant's Address: | | | | |

5. **WHY AFFIANT BELIEVES THE SOURCE OF INFORMATION:**

[X] Source is presumed reliable, i.e. other Police Officer, Eyewitness, Victim of Crime, etc.

[ ] Source has given information in the past which has led to arrest and/or conviction

[ ] Defendant's reputation for criminal activity

[ ] This source made declaration against his/her penal interest to the above offense

[ ] Affiant and/or other Police Officers corroborated details of the information

ON 12-16-2006 AT 0200 HRS BRADDOCK OFFICER'S CHRISTIAN#147 BEILICH#162, AND LT.KNOTT#1L3 RESPONDED TO THE 800 BLOCK OF BRADDOCK AVE FOR SHOTS FIRED. UPON OUR ARRIVAL I OFFICER T.CHRISTIAN #47 RESPONDED TO THE INTERSECTION OF BRADDOCK AND 9TH TO ASSIST A STATE CONSTABLE FRANK COBB (OF 1407 DUQUESNE PL. DR APT 307 DUQUESNE PA, 15110) WITH THE SHOOTER A LAMAR BELL O 215 MAGNOLIA ST. WHITAKER PA, 15120. CONSTABLE COBB WAS WORKING A SECURITY DETAIL AT CLUB 804 A 804 BRADDOCK AVE ALONG WITH CONSTABLE DAVID YOUNG OF 198 ZION CHURCH RD. CHICORA PA, 16025. CONSTABLE YOUNG STATED THAT HE SAW THE SHOOTER FIRING SHOTS INTO AN UNKNOWN DIRECTION HE THEN GAVE A DISCRIPTION OF THE SHOOTER MR.BELL, TO CONSTABLE COBB. CONSTABLE COBB THEN NOTICED MR. BELL IN THE AREA. AFTER A FOOT CHASE CONSTABLE COBB THEN CAUGHT UP WITH MR. BELL WHO WAS HIDING IN THE BRUSH OF A EMPTY LOT ACROSS FROM THE INTERSECTION OF BRADDOCK AVE AND 9TH ST. AT THIS TIME CONSTABLE COBB CALLED 911 FROM HIS CELL PHONE OF HIS LOCATION AND OF MR. BELL. AT THIS TIME CONSTABLE COBB AND I OFFICER CHRISTIAN APPROACHED MR. BELL WITH CAUTION AND ASKED TO SEE MR. BELL'S HANDS AT THIS TIME CONSTABLE COBB AND I OFFICER CHRISTIAN THEN TOOK MR. BELL INTO CUSTODY AT 0206 HRS. UPON SEARCH OF MR. BELL'S PERSON A WALLET, MONEY IN THREE DIFFERENT BUNDLES IN THE AMOUNT OF $2539.00, A PAIR OF LEATHER GLOVES, KEYS TO A 1994 HONDA PA, REGISTRATION GMC0746 AND TWO CELL PHONES. THE $2539.00, LEATHER GLOVES WILL BE HELD FOR EVIDENCE. SEARCH OF THE AREA OF THE FOOT CHASE AND THE AREA OF THE SHOOTING SHOWED THAT MR. BELL WAS SHOOTING IN THE MIDDLE OF 838 BRADDOCK AVE IN THE STREET. CONSTABLE COBB LOCATED THE FIREARM UNDER A TREE ON THE SIDE OF 853 BRADDOCK AVE, A GLOCK MODEL 23 40 CAL SER# DDU474US. THIS FIREARM WAS RAN THROUGH COUNTY DISPATCH FOR STOLEN/OWNERSHIP, IT CAME BACK TO THE OWNER A RAMONA E. KRISTA

SS# 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 ADDRESS OF 215 MAGNOLIA ST. HOMESTEAD PA, 15120 NEGATIVE STOLEN. UPON FURTHER INVESTIGATION THE HONDA ACCORD THAT MR. BELL POSSSESSED THE KEYS OF WAS LOCATED IN THE SEVEN HUNDRED BLOCK OF BRADDOCK AVE THIS VEHICLE ALSO CAME BACK TO RAMONA E. KRISTA. WHILE PREPARING THE HONDA FOR TOWING A CORTNEY NICOLE KRISTA OF 306 LEA ST. APT 1 MUNHALL PA, 15120 ARRIVED LOOKING FOR HER MOTHER ROMONA E. KRISTA, I OFFICER CHRISTIAN THEN ASKED CORTNEY IF SHE KNEW MR. BELL SHE THEN IDENTIFIED HIM AS HER STEP FATHER. CORTNEY N. KRISTA ALSO STATED THAT HE MOTHER ON THIS DATE, AT ONE POINT AND TIME WAS AT THE CLUB 804 HER MOTHER WAS NOT LOCATED. MR BELL WAS THEN TRANSPORTED TO THE BRADDOCK POLICE DEPARTMENT IN GOOD CONDITION FOR PROCESSING AND LATER TO THE ALLEGHENY COUNTY JAIL.

I _Timothy E. Christian_, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

(Signature of Affiant)

Sworn to me and subscribed before me this _16_ day of _DEC_ _2006_

_____, District Justice

MY commission expires first Monday of January, _2012_

SEAL